

**Your Missouri Courts**

Missouri **Case**.net

Search for Cases by: | Select Search Method...

Logon

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

## 1016-CV31901 - DEBRA OLSON V ST LUKE'S HOSPITAL OF KANSAS CITY

This information is provided as a service and is not considered an official court record.

Displaying 1 thru **6 of 27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

**10/19/2010**

    **Docket Entry:** Pet Filed in Circuit Ct

    **Docket Entry:** Confid Filing Info Sheet Filed

    **Docket Entry:** Judge Assigned

**10/22/2010**

    **Docket Entry:** Case Mgmt Conf Scheduled

  **Associated Docket Entries:** 02/07/2011 - Hearing Continued/Rescheduled

    **Associated Events:** 02/07/2011 , 09:00:00 - Case Management Conference

    **Docket Entry:** Summons Issued- 1st Class Mail

        **Text:** Document ID: 10-SFCM-339, for ST LUKE'S HOSPITAL OF KANSAS CITY.

**12/08/2010**

    **Docket Entry:** Corporation Served

        **Text:** Document ID - 10-SFCM-339; Served To - ST LUKE'S HOSPITAL OF KANSAS CITY; Server -; Served Date - 12-NOV-10; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

Displaying 1 thru **6 of 27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

Return to Top of Page

Case.net Version 5.10.0.0          Released 03/09/2011

Exhibit 4



**Your Missouri Courts**

**Case.net**

Search for Cases by: | Select Search Method...

Logon

**1016-CV31901 - DEBRA OLSON V ST LUKE'S HOSPITAL OF KANSAS CITY**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Displaying **7** thru **12** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

**12/09/2010**

Docket Entry: Answer Filed
Text: to Petition for Damages
Filing Party: OLSON , DEBRA

**01/11/2011**

Docket Entry: Certificate of Service
Filing Party: ST LUKE'S HOSPITAL OF KANSAS CITY

**01/24/2011**

Docket Entry: Filing:
Text: Substitution of Counsel
Filing Party: OLSON , DEBRA

**02/07/2011**

Docket Entry: Hearing Continued/Rescheduled
Associated Docket Entries: 10/22/2010 - Case Mgmt Conf Scheduled
Associated Events: 02/07/2011 , 09:00:00 - Case Management Conference

**02/09/2011**

Docket Entry: Case Mgmt Conf Scheduled
Associated Docket Entries: 02/28/2011 - Hearing Continued/Rescheduled
Associated Events: 02/28/2011 , 09:00:00 - Case Management Conference

**02/10/2011**

Docket Entry: Order
Text: Order Substituting Counsel



**Your Missouri Courts**

Judicial Links | Court Links | Help | Contact Us | Print

Search for Cases by: Select Search Method...

Logon

**1016-CV31901 - DEBRA OLSON V ST LUKE'S HOSPITAL OF KANSAS CITY**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.
Displaying 13 thru **18** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

**02/28/2011**

    **Docket Entry:** Hearing Continued/Rescheduled

    **Associated Docket Entries:** 02/09/2011 - Case Mgmt Conf Scheduled

    **Associated Events:** 02/28/2011 , 09:00:00 - Case Management Conference

    **Docket Entry:** Case Mgmt Conf Scheduled

    **Associated Docket Entries:** 03/07/2011 - Hearing Held

    **Associated Events:** 03/07/2011 , 09:00:00 - Case Management Conference

**03/07/2011**

    **Docket Entry:** Order

        **Text:** Amended Civil Case Management Scheduling Order

    **Docket Entry:** Case Management Ordered

        **Text:** CMC is set for February 28, 2011 at 9:00am

    **Docket Entry:** Case Management Ordered

        **Text:** CMC is set for March 7, 2011 at 9:00am

    **Docket Entry:** Order

        **Text:** Pretrial Order

Displaying 13 thru **18** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

Return to Top of Page



**Your Missouri Courts**

**Missouri Case.net**

## 1016-CV31901 - DEBRA OLSON V ST LUKE'S HOSPITAL OF KANSAS CITY

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Displaying **19** thru **24** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

**03/07/2011**
    **Docket Entry:** Hearing Held
    **Associated Docket Entries:** 02/28/2011 - Case Mgmt Conf Scheduled
    **Associated Events:** 03/07/2011 , 09:00:00 - Case Management Conference

    **Docket Entry:** Pre-trial Conference Scheduled
    **Associated Events:** 01/05/2012 , 13:30:00 - Pre-trial Conference

    **Docket Entry:** Jury Trial Scheduled
    **Associated Events:** 01/09/2012 , 09:00:00 - Jury Trial

**03/15/2011**
    **Docket Entry:** Certificate of Service
    **Filing Party:** OLSON , DEBRA

**04/01/2011**
    **Docket Entry:** Filing:
    **Text:** Designation of Expert Witnesses
    **Filing Party:** OLSON , DEBRA
    **Docket Entry:** Certificate of Service
    **Filing Party:** OLSON , DEBRA

Displaying **19** thru **24** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 5

Return to Top of Page



Search for Cases by: Select Search Method...

Logon

## 1016-CV31901 - DEBRA OLSON V ST LUKE'S HOSPITAL OF KANSAS CITY

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

Displaying **25** thru **27** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 **5**

**05/10/2011**
 **Docket Entry:** Motion for Leave
   **Text:** to File First Amended Petition
 **Filing Party:** OLSON, DEBRA
 **Associated Docket Entries:** 06/01/2011 - Motion Granted/Sustained
    Plaintiff's Motion for Leave to File First Amended Petition is Granted

**06/01/2011**
 **Docket Entry:** Motion Granted/Sustained
   **Text:** Plaintiff's Motion for Leave to File First Amended Petition is Granted
 **Associated Docket Entries:** 05/10/2011 - Motion for Leave
    to File First Amended Petition

 **Docket Entry:** Order
   **Text:** Order Granting Plaintiff's Motion for Leave to File First Amended Petition

Displaying **25** thru **27** of **27** records for all dockets returned for case **1016-CV31901**.

1 2 3 4 **5**

Return to Top of Page

Case 4:11-cv-00602-JTM Document 1-5 Filed 06/13/11 Page 5 of 35



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>BRIAN CURTIS WIMES | Case Number: 1016-CV31901 |
|---|---|
| Plaintiff/Petitioner:<br>DEBRA OLSON | Plaintiff's/Petitioner's Attorney/Address:<br>MARK ELDON MEYER<br>CASTLE LAW OFFICE OF K C<br>818 GRAND BLVD SUITE 700<br>KANSAS CITY, MO 64106 |
| vs. | |
| Defendant/Respondent:<br>ST LUKE'S HOSPITAL OF KANSAS CITY | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons for Service by First Class Mail

The State of Missouri to: ST LUKE'S HOSPITAL OF KANSAS CITY
Alias:

SERVE RA: JUILIE QUIRIN
4401 WORNALL RD
KANSAS CITY, MO 64114

COURT SEAL OF



JACKSON COUNTY

    You are summoned and, within 30 days after the enclosed acknowledgment is filed, you must file an answer to the enclosed petition with the clerk of this court and also must serve this answer upon Plaintiff's/Petitioner's attorney at the above address. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.

| 10-22-10 | |
|---|---|
| Date Issued | Clerk |

Further Information:

## Directions to Clerk

    The clerk should issue one copy of this summons for each Defendant/Respondent to be served by first class mail. Under Section 506.150.4, RSMo, service by first class mail may be made by Plaintiff/Petitioner or any person authorized to serve process under Section 506.140, RSMo.

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**DEBRA OLSON,**

PLAINTIFF(S),

VS.

**ST LUKE'S HOSPITAL OF KANSAS CITY,**

DEFENDANT(S).

CASE NO. 1016-CV31901
DIVISION 18

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION

---

NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **BRIAN CURTIS WIMES** on **07-FEB-2011** in **DIVISION 18** at 09:00 AM. All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting. Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file. All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS. Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

At the Case Management Conference, counsel should be prepared to address at least the following:

a.     A trial setting;

b.     Expert Witness Disclosure Cutoff Date;

c.     A schedule for the orderly preparation of the case for trial;

d.     Any issues which require input or action by the Court;

e.     The status of settlement negotiations.

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16circuit.org for division polices and procedural information listed by each judge.

/S/ **BRIAN CURTIS WIMES**
BRIAN CURTIS WIMES, **Circuit Judge**

Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
MARK ELDON MEYER, CASTLE LAW OFFICE OF K C, 818 GRAND BLVD SUITE 700, KANSAS CITY, MO 64106

Defendant(s):
ST LUKE'S HOSPITAL OF KANSAS CITY

Dated: 22-OCT-2010

**Teresa L. York**
Court Administrator

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**Debra Olson**              )

                               )

          Plaintiff,      )

                               )    **Case No. 1016-CV31901**

      vs.                      )

                               )    **Division 18**

**St. Luke's Hospital of Kansas City**  )

<u>Serve at:</u>                 )

**Julie Quirin, Registered Agent**   )

**4401 Wornall Rd.**           )

**Kansas City, MO 64114**      )

                               )

          Defendant.     )

## NOTICE

**TO:**      **Julie Quirin, Registered Agent**
              **4401 Wornall Rd.**
              **Kansas City, MO 64114**

       The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

       You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of October 27, 2010.

       If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

       If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

       If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

Missouri Notice/Acknowledgment – 1

**I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON October 27, 2010.**

Respectfully,

CASTLE LAW OFFICE

Mark E. Meyer #51786
Andrew C. Schendel #61186
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF

## ACKNOWLEDGMENT OF RECEIPT
## OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

_____
Date signed

_____
Signature

_____
Printed Name

_____
Relationship to entity, or
Authority to receive service of process

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

Debra Olson,  )
  )
                Plaintiff,  )
  )
v.  )          Case No. 1016-CV31901
  )
St. Luke's Hospital of Kansas City  )
  )
                Defendant.  )

## ANSWER TO PETITION FOR DAMAGES[1]

For its Answer to Plaintiff's Petition for Damages, Defendant Saint Luke's Hospital of

Kansas City ("Saint Luke's") provides the following:

### PARTIES

*1.     Plaintiff Debra Olson (hereinafter "Plaintiff") is an individual resident of Kansas*

*City, Jackson County, Missouri.*

**ANSWER:**   Admitted upon information and belief.

*2.     Defendant St. Luke's Hospital of Kansas City (hereinafter "St. Luke's") is a*

*Missouri Non-Profit Corporation doing business in Jackson County, Missouri.*

**ANSWER:**   Admitted.

### JURISDICTION AND VENUE

*3.     Jurisdiction lies in this court in that Plaintiff's cause of action accrued in the*

*State of Missouri.*

**ANSWER:**   Paragraph 3 states a legal conclusion that does not require a response. To

the extent a response is required, admitted Plaintiff's Petition for Damages alleges a cause of

action accruing in Missouri, but denied Saint Luke's took any action giving rise to such cause of

---

[1]For the Court's convenience, Saint Luke's includes Plaintiff's allegations in italics
herein.

action. Denied as to any and all remaining allegations.

4.    *Venue in this Court is appropriate in that Plaintiff's causes of action arise from acts that occurred in Kansas City, Jackson County, Missouri.*

**ANSWER:**    Paragraph 4 states a legal conclusion that does not require a response. To the extent a response is required, admitted Plaintiff's Petition for Damages alleges a cause of action arising out of acts occurring in Jackson County, Missouri, but denied Saint Luke's took any action giving rise to such cause of action. Denied as to any and all remaining allegations.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5.    *Plaintiff was hired to work for St. Luke's in October of 2007 and was terminated from her employment on October 5, 2009.*

**ANSWER:**    Admitted.

6.    *Throughout the course of her employment, Plaintiff suffered from orthopedic injuries to her neck and spine, cancer, occipital headaches, and other disabilities.*

**ANSWER:**    Paragraph 6 states a legal conclusion that does not require a response. To the extent a response is required, denied upon information and belief.

## FACTS COMMON TO ALL COUNTS

7.    *Throughout the course of her employment by Defendant St. Luke's, Plaintiff was disabled as defined by the Missouri Human Rights Act at §213.010 RSMo.*

**ANSWER:**    Paragraph 7 states a legal conclusion that does not require a response. To the extent a response is required, denied upon information and belief.

8.    *Throughout the course of her employment by Defendant St. Luke's, Plaintiff was capable of performing her assigned duties, if provided with reasonable accommodations for her disabilities, including an ergonomically correct workspace, a telephone cradle, and altered work*

*schedule and other accommodations.*

**ANSWER:** Upon information and belief, admitted Plaintiff was capable of performing her assigned duties. Denied as to any and all remaining allegations.

9. *Throughout the course of her employment by Defendant St. Luke's, Plqintiff requested reasonable accommodations for her disabilities, including a physician ordered ergonomic alteration of her workspace, which were denied.*

**ANSWER:** Denied.

10. *Defendant cited Plaintiff's "poor quality of work" as a pre-textual reason for Plaintiff's termination.*

**ANSWER:** Admitted Saint Luke's terminated Plaintiff's employment because of her unsatisfactory work quality. Denied as to any and all remaining allegations.

## COUNT 1: MISSOURI HUMAN RIGHTS ACT

11. *Plaintiff filed a charge of discrimination alleging racial discrimination with the Missouri Commission on Human Rights on May 17, 2010.*

**ANSWER:** Admitted Plaintiff filed a Charge of Discrimination with the Missouri Commission on Human Rights on May 17, 2010. Denied the Charge of Discrimination alleged racial discrimination. Denied as to any and all remaining allegations.

12. *The Missouri Commission on Human Rights issued Plaintiff a Notice of Right to Sue on July 21, 2010.*

**ANSWER:** Admitted the Missouri Commission on Human Rights issued a Notice of Right to Sue dated July 21, 2010. Denied as to any and all remaining allegations.

13. *Plaintiff's disability was a contributing factor in St. Luke's decision to terminate Plaintiff's employment.*

**ANSWER:**   Denied.

*14.   Defendant St. Luke's stated reasons for firing Plaintiff were pretextual.*

**ANSWER:**   Denied.

*15.   The actions of Defendant in firing Plaintiff were willful, wanton, and in reckless disregard of Plaintiff's rights.*

**ANSWER:**   Denied.

*16.   As a direct and proximate result of Defendant's decision to terminate her employment, Plaintiff suffered damages including, but not limited to, the following:*

　　　*a.   Lost wages and medical benefits;*

　　　*b.   Mental and emotional distress;*

　　　*c.   Damage to Plaintiff's reputation and future employment prospects;*

　　　*d.   Other damages, the nature and extent of which are not presently know.*

**ANSWER:**   Denied.

## ANSWER TO ALL ALLEGATIONS

Saint Luke's denies each and every allegation in Plaintiff's Petition for Damages not specifically admitted in this Answer.

## AFFIRMATIVE AND OTHER DEFENSES

1.   Plaintiff's Petition for Damages fails in whole or in part to state a claim upon which relief can be granted against Saint Luke's.

2.   Plaintiff's claim(s) are barred in whole or in part by the applicable statutes of limitations and/or by the requisite administrative filing deadlines.

3. Plaintiff's claim(s) are barred in whole or in part to the extent Plaintiff failed to exhaust required administrative remedies and/or to the extent her claims exceed the claims raised in any Charge of Discrimination.

4. This Court lacks jurisdiction over some or all of Plaintiff's claims.

5. Plaintiff's claim(s) are barred in whole or in part by the doctrines of laches, estoppel, waiver, and/or unclean hands.

6. Saint Luke's is an equal opportunity employer that does not discriminate against applicants or employees on any prohibited basis.

7. To the extent that Plaintiff purports to assert a claim of disability discrimination in the termination of her employment, Plaintiff cannot establish her alleged disability was a contributing factor in the termination of her employment.

8. To the extent that Plaintiff purports to assert a claim of disability discrimination based on failure to accommodate, Plaintiff cannot establish she ever requested an accommodation and/or that the alleged accommodation sought was reasonable.

9. Saint Luke's' actions with respect to Plaintiff were non-discriminatory, based on legitimate reasons, and carried out in the good faith exercise of Saint Luke's' reasonable business judgment.

10. Saint Luke's in good faith alleges Plaintiff has failed to mitigate her claimed damages.

10. To the extent Plaintiff recovers any damages based on her claims, the existence of which Saint Luke's specifically denies, Saint Luke's are entitled to a set-off or credit for amounts Plaintiff earned or could have earned if she had mitigated her claimed damages.

12.     Plaintiff is not entitled to recover any punitive damages, the existence of which Saint Luke's specifically denies, because Plaintiff has not set forth and cannot set forth facts sufficient to support a claim for such damages, because Saint Luke's adopted policies and practices in support of its non-discrimination obligations and in good faith attempted to comply with those obligations, and because any Saint Luke's employee who engaged in conduct with respect to Plaintiff as alleged in her Petition, the existence of which conduct Saint Luke's specifically denies, lacked sufficient authority to subject Saint Luke's to punitive damages.

13.     Plaintiff's prayer for punitive damages violates the Eighth and Fourteenth Amendments to the United States Constitution, as well as the Missouri Constitution.

14.     Any injury to Plaintiff, the existence of which Saint Luke's specifically denies, was caused by Plaintiff and/or by third parties over whom Saint Luke's had no control or who were acting outside the course and scope of their employment with Saint Luke's, not by Saint Luke's.

15.     Saint Luke's is not liable for any alleged discrimination, the existence of which Saint Luke's specifically denies, because Saint Luke's had reasonable measures in place to prevent and/or to correct such discrimination, and Plaintiff unreasonably failed to avail herself of such measures.

16.     Saint Luke's reserves the right to assert additional defenses as they become evident through discovery or investigation.

WHEREFORE, having fully answered Plaintiff's Petition for Damages, Saint Luke's requests this Court to enter judgment in its favor and against Plaintiff for attorney's fees, costs, and expenses occurred herein.

Respectfully submitted,

Jeffrey D. Hanslick      MO Bar No. 46693
Traci Daffer Martin      MO Bar No. 59796
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
jeffrey.hanslick@huschblackwell.com
traci.martin@huschblackwell.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent via U.S. Mail this 9th day

of December, 2010, to:

Mark E. Meyer
Andrew C. Schendel
818 Grand Blvd., Suite 700
Kansas City, Missouri 64106
816.283.0303
816.842.0016 FAX
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com

**Attorneys for Plaintiff**

Attorney for Defendant

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

DEBRA OLSON, )
)
          Plaintiff, )
)
v. )   Case No. 1016-CV31901
)
SAINT LUKE'S HOSPITAL )
OF KANSAS CITY, )
)
          Defendant. )

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Saint Luke's' First Interrogatories to Plaintiff and Defendant Saint Luke's' First Requests for Production of Documents to Plaintiff were served this 10th day of January, 2011, via electronic mail and U.S. mail postage prepaid to the following:

        Mark E. Meyer
        Andrew C. Schendel
        Castle Law Office
        818 Grand Blvd., Suite 700
        Kansas City, Missouri 64106
        mmeyer@castlelaw-kc.com
        aschendel@castlelaw-kc.com

        Respectfully Submitted:

        Jeffrey D. Hanslick, MO Bar No. 46693
        Traci Daffer Martin   MO Bar No. 59796
        Husch Blackwell LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        Telephone: 816-983-8000; Fax: 816-983-8080
        jeffrey.hanslick@huschblackwell.com
        traci.martin@huschblackwell.com
        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of January, 2011, a copy of the above and foregoing was deposited in the United States mail, postage pre-paid, and via electronic mail, to:

Mark E. Meyer
Andrew C. Schendel
Castle Law Office
818 Grand Blvd., Suite 700
Kansas City, Missouri 64106
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
**ATTORNEYS FOR PLAINTIFF**


Attorney for Defendant

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

DEBRA OLSON,                          )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )     Case No. 1016-CV31901
                                      )
SAINT LUKE'S HOSPITAL                 )
OF KANSAS CITY,                       )
                                      )
                    Defendant.        )

## SUBSTITUTION OF COUNSEL

**COMES NOW** the undersigned attorney, Jeffrey R. Lang, who enters his appearance on

behalf of Plaintiff in place of Mark Meyer who withdraws pursuant to the attached Exhibit "A".

Respectfully Submitted,

**CASTLE LAW OFFICE of KANSAS CITY, P.C.**

Jeffrey R. Lang   MBN  34588
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 fax
jlang@castlelaw-kc.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via U.S. Mail, postage prepaid, and
addressed this **24** day of January 2011, to:

Jeffrey D. Hanslick
Traci Daffer Martin
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
**ATTORNEYS FOR DEFENDANT**

## NOTICE OF WITHDRAWAL

**COMES NOW** Attorney Mark E. Meyer (Mo. Bar No. 51786, Ks. Bar No. 20988), and states that his employment relationship with Castle Law Office of Kansas City, P.C. has terminated as of January 7, 2011. Accordingly, notice is hereby given that Mark E. Meyer shall withdraw as counsel of record from all pending cases in which Mark E. Meyer has entered an appearance on behalf of Castle Law Office of Kansas City, P.C. Andrew Schendel and Jeffrey Lang shall remain as counsel of record for all parties represented by Mark E. Meyer while employed by Castle Law Office of Kansas City, P.C.

Mark E. Meyer

Date 1/11/11

**EXHIBIT**
**A**

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

| | |
|---|---|
| DEBRA OLSON, | |
| Plaintiff, | |
| v. | Case No.: 1016-CV31901 |
| ST. LUKE'S HOSPITAL OF KANSAS CITY, | Division: 18 |
| Defendant. | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

IT IS HEREBY ordered that this matter is set for CASE MANAGEMENT CONFERENCE on Monday, February 28, 2011 at 9:00 a.m.

IT IS SO ORDERED.

_____February 7, 2011_____
Date

Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed or mailed this day to all counsel of record.

    Jeffrey R. Lang, Esq.
    Andrew C. Schendel, Esq.
    Fax: (816) 842-0016

    Jeffrey D. Hanslick, Esq.
    Traci Daffer Martin, Esq.
    Fax: (816) 983-8080

Matt N. Sparks
Law Clerk, Division 18

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| DEBRA OLSON,           ) | |
|                 ) | |
|        Plaintiff,   ) | |
|                 ) | |
| v.                 ) | Case No. 1016-CV31901 |
|                 ) | |
| SAINT LUKE'S HOSPITAL   ) | |
| OF KANSAS CITY,        ) | |
|                 ) | |
|        Defendant.   ) | |

### ORDER SUBSTITUTING COUNSEL

NOW ON THIS 10th day of ~~January~~ February 2011 comes on for consideration movant's *Substitution of Counsel* and the Court being duly advised in the premises and good cause having been shown, it is therefore

18

ORDERED, ADJUDGED AND DECREED that Mark Meyer has withdrawn as counsel for Plaintiff, and

FURTHER ORDERED, ADJUDGED AND DECREED that Jeffrey Lang is counsel for Plaintiff.

_____
Judge

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | |
|---|---|
| DEBRA OLSON, | |
| Plaintiff, | |
| v. | Case No.: 1016-CV31901 |
| ST. LUKE'S HOSPITAL OF KANSAS CITY, | Division: 18 |
| Defendant. | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

IT IS HEREBY ordered that this matter is set for CASE MANAGEMENT CONFERENCE on **Monday, March 7, 2011 at 9:00 a.m.**

IT IS SO ORDERED.

_____February 28, 2011_____
Date

_____
Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed or mailed this day to all counsel of record.

      Jeffrey R. Lang, Esq.
      Andrew C. Schendel, Esq.
      Fax: (816) 842-0016

      Jeffrey D. Hanslick, Esq.
      Traci Daffer Martin, Esq.
      Fax: (816) 983-8080

_____
Matt N. Sparks
Law Clerk, Division 18

DEBRA OLSON,
           Plaintiff,

    v.

ST. LUKE'S HOSPITAL OF KANSAS CITY,
           Defendant.

Case No.: 1016-CV31901
Division: 18

## CIVIL CASE MANAGEMENT SCHEDULING ORDER

The Court hereby enters the following Scheduling Order:

    Plaintiff appears by counsel, Andrew Schendel.  Defendant appears by counsel, Traci Daffer Martin.

1. This case is set for trial on January 9, 2012 at 9:00 a.m.

2. This case is set for a pretrial conference on January 4, 2011 at 1:30 p.m.

3. The parties shall amend all pleadings and add parties by May 10, 2011.

4. Plaintiff's expert shall be designated by April 1, 2011.

5. Defendant's expert shall be designated by May 2, 2011.

6. All discovery shall be completed by September 21, 2011.

7. Any dispositive motions shall be filed by October 11, 2011.

8. The parties are ordered to participate in mediation pursuant to Local Rule 17 no later than September 2, 2011.  Each party shall personally appear at the mediation and participate in the process.  A representative from each party with settlement authority shall attend the mediation.  Each party shall pay for their respective pro-rata cost of the mediation directly to the mediator.

1

9. The dispositive motion date, pretrial date, and trial date shall be changed only by leave of Court.

10. Discovery may not be conducted after the Closure Date except by agreement of the parties, or by order of the Court, for good cause shown, upon the filing of a motion to extend discovery **prior** to the original Closure Date. Nothing contained herein shall excuse a party from the continuing obligation to update responses to discovery or to respond to discovery requests made before the Closure Date.

_____
Date

_____
Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were duly faxed/mailed/delivered in open court this day to:

    Jeffrey R. Lang, Esq.
    Andrew C. Schendel, Esq.
    Fax: (816) 842-0016

    Jeffrey D. Hanslick, Esq.
    Traci Daffer Martin, Esq.
    Fax: (816) 983-8080

_____
Matt N. Sparks
Law Clerk, Division 18

2

DEBRA OLSON,
         Plaintiff,

    v.

ST. LUKE'S HOSPITAL OF KANSAS CITY,
        Defendant.

Case No.: 1016-CV31901
Division: 18

## **PRETRIAL ORDER**

The Court hereby enters the following Order:

    The parties shall exchange a list of witnesses and exhibits ten days prior to the pretrial conference.

Deposition Designations:

1. Any depositions used at trial by an asserting party shall be identified to a defending party ten days prior to the pretrial conference using a distinctive highlighting color.
2. The defending party shall provide counter designations in a contrasting color and objections to the asserting party's designations in a third color.
3. Counter designations and objections shall be returned to asserting party five days prior to the pretrial conference.
4. All objections to all deposition designations shall be presented to the Court at the pretrial conference.

On or before the pretrial conference, the parties will provide the following to the court:

1. A list of witnesses and exhibits, with all exhibits marked.
2. One complete set of jury instructions with supporting citations and one set without citations.

1

3. An electronic copy of all jury instructions in Word format.

4. Any trial briefs.

5. Any motions in limine.

A representative of each party with settlement authority must be available by telephone.

_____March 7, 2011_____
Date

_____
Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed/mailed/delivered in open court this day to:

        Jeffrey R. Lang, Esq.
        Andrew C. Schendel, Esq.
        Fax: (816) 842-0016

        Jeffrey D. Hanslick, Esq.
        Traci Daffer Martin, Esq.
        Fax: (816) 983-8080

_____
Matt N. Sparks
Law Clerk, Division 18

2

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY, MISSOURI

| | |
|---|---|
| DEBRA OLSON,<br> Plaintiff,<br><br> v.<br><br> ST. LUKE'S HOSPITAL OF KANSAS CITY,<br> Defendant. | Case No.: 1016-CV31901<br>Division: 18 |

## AMENDED CIVIL CASE MANAGEMENT SCHEDULING ORDER

The Court hereby enters the following Scheduling Order:

Plaintiff appears by counsel, Andrew Schendel. Defendant appears by counsel, Traci

Daffer Martin.

1. This case is set for trial on January 9, 2012 at 9:00 a.m.

2. This case is set for a pretrial conference on January 5, 2012 at 1:30 p.m.

3. The parties shall amend all pleadings and add parties by May 10, 2011.

4. Plaintiff's expert shall be designated by April 1, 2011.

5. Defendant's expert shall be designated by May 2, 2011.

6. All discovery shall be completed by September 21, 2011.

7. Any dispositive motions shall be filed by October 11, 2011.

8. The parties are ordered to participate in mediation pursuant to Local Rule 17 no later than

   September 2, 2011. Each party shall personally appear at the mediation and participate in

   the process. A representative from each party with settlement authority shall attend the

   mediation. Each party shall pay for their respective pro-rata cost of the mediation

   directly to the mediator.

1

9. The dispositive motion date, pretrial date, and trial date shall be changed only by leave of
   Court.

10. Discovery may not be conducted after the Closure Date except by agreement of the
    parties, or by order of the Court, for good cause shown, upon the filing of a motion to
    extend discovery prior to the original Closure Date. Nothing contained herein shall
    excuse a party from the continuing obligation to update responses to discovery or to
    respond to discovery requests made before the Closure Date.

_____
Date

_____
Judge Brian C. Wimes, Division 18

I hereby certify that copies of the foregoing were
duly faxed/mailed/delivered in open court this day to:

    Jeffrey R. Lang, Esq.
    Andrew C. Schendel, Esq.
    Fax: (816) 842-0016

    Jeffrey D. Hanslick, Esq.
    Traci Daffer Martin, Esq.
    Fax: (816) 983-8080

_____
Matt N. Sparks
Law Clerk, Division 18

2

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

DEBRA OLSON             )
                             )
         Plaintiff,        )
                             )     **Case No. 1016-CV31901**
vs.                     )
                             )     **Division 18**
SAINT LUKE'S HOSPITAL   )
OF KANSAS CITY         )
                             )
         Defendant.     )

## CERTIFICATE OF SERVICE

**COMES NOW** Plaintiff Debra Olson, appearing by and through counsel, and

certifies that responses to Defendant's First Interrogatories and First Requests for

Production to Plaintiff were served on defense counsel via first class mail at the following

address on March 15, 2011:

Jeffrey D. Hanslick
Traci Daffer Martin
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
ATTORNEYS FOR DEFENDANT

                        Respectfully Submitted,

                        CASTLE LAW OFFICE of KANSAS CITY, P.C.

                        Jeffrey R. Lang, #34588
                        Andrew C. Schendel, #61186
                        818 Grand Blvd, Suite 700
                        Kansas City, Missouri 64106
                        (816) 283-0303 phone
                        (816) 842-0016 facsimile
                        jlang@castlelaw-kc.com
                        aschendel@castlelaw-kc.com
                        ATTORNEYS FOR PLAINTIFF

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

DEBRA OLSON                          )
                                     )
            Plaintiff,               )
                                     )        Case No. 1016-CV31901
    vs.                              )
                                     )        Division 18
SAINT LUKE'S HOSPITAL                )
OF KANSAS CITY                       )
                                     )
            Defendant.               )

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

**COMES NOW** Plaintiff, by and through counsel, and designates the following

non-retained expert witnesses who are expected to testify about their care, treatment and

evaluation of the Plaintiff, and the nature and extent of her disabilities.


**Dr. Michael Ausmus, M.D.**
**20 N.E. Saint Luke' Blvd., Suite 200**
**Lee's Summit, MO**

**Dr. James A. Stuckmeyer, M.D.**
**1300 NW Jefferson Ct.**
**Blue Springs, MO 64015**

**Kansas City Cancer Center**
**4801 Northeast Goodview Circle**
**Lee's Summit, MO 64064**
> Particular providers affiliated with Kansas City Cancer Center include those
> providers identified in Plaintiff's medical records

**Heartland Hand & Spine Orthopedic Center**
**10730 Nall Ave., Suite 200**
**Overland Park, KS 66211**
> Particular providers affiliated with Heartland Hand & Spine Orthopedic Center
> include those providers named in Plaintiff's medical records, including Dr.
> Alexander Bailey and Dr. Perry Anath.

**Kansas City Orthopedic Institute**
**3651 College Blvd.**
**Leawood, KS 66211**

    Particular providers affiliated with Kansas City Orthopedic Institute include those providers named in the Plaintiff's medical records, including Dr. Chris Barnthouse, Dr. Allen Moore

**St. Luke's Hospital**
**4320 Wornall Rd.**
**Kansas City, MO 63150**

    Particular providers affiliated with St. Luke's Hotpial include those providers named in the Plaintiff's medical records, including Dr. Brad Steinle, Dr. Susan Opper, Dr. Scott Steelman, Dr. John Green, Dr. Kim Brown, and Dr. Kelly Young.

Respectfully Submitted,

CASTLE LAW OFFICE of KANSAS CITY, P.C.

Andrew C. Schendel, #61186
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served via U.S. Mail, postage prepaid, this 1st day of April, 2011 to:

Jeffrey D. Hanslick
Traci Daffer Martin
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
ATTORNEYS FOR DEFENDANT

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

DEBRA OLSON                          )
                                     )
           Plaintiff,                )
                                     )     Case No. 1016-CV31901
     vs.                             )
                                     )     Division 18
SAINT LUKE'S HOSPITAL                )
OF KANSAS CITY                       )
                                     )
           Defendant.                )

## CERTIFICATE OF SERVICE

**COMES NOW** Plaintiff Debra Olson, appearing by and through counsel, and

certifies that Plaintiff's First Requests for Production of Documents to Defendant were

served on defense counsel via first class mail and e-mail at the following address on April

1, 2011:

Jeffrey D. Hanslick
Traci Daffer Martin
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
jeffrey.hanslick@huschblackwell.com
traci.martin@huschblackwell.com
ATTORNEYS FOR DEFENDANT

                    Respectfully Submitted,

                    CASTLE LAW OFFICE of KANSAS CITY, P.C.


                    _____
                    Andrew C. Schendel, #61186
                    818 Grand Blvd, Suite 700
                    Kansas City, Missouri 64106
                    (816) 283-0303 phone
                    (816) 842-0016 facsimile
                    aschendel@castlelaw-kc.com
                    ATTORNEYS FOR PLAINTIFF