# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Debra Olson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 11-0602-CV-W-JTM |
| | ) |
| St. Luke's Hospital of Kansas City, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the *Joint Stipulation Of Dismissal With Prejudice*, filed May 15, 2012, [Doc. 15], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**